IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO.: 21-51994-pwb |
| Alfreda Rozetta Gerald, | * |
| AKA Alfreda Rosetta Gerald Zdanovsky; | * |
| AKA Alfreeda R Gerald; AKA Alfreda | * |
| Rozetta Gerald-Zdanovsky; AKA Alfreda R | * |
| Gerald, | * |
| | * CHAPTER: 7 |
| | * |
| | * |
| Debtor | * |

## NOTICE OF FILING

Pursuant to Rule 1009 F. R. Bankr. P., notice is hereby given that, the Debtor filed an amended pleading in the above-styled case, amending the following; Amendment to Chapter 7 Schedules G, Summary of Schedules and Statistical Summary to add creditor Cubesmart.

/s/ _____
Richard H. Thomson, GA Bar No. 710264
Attorneys for Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222
Fax (770)220-0685

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE: <br> Alfreda Rozetta Gerald, <br> AKA Alfreda Rosetta Gerald Zdanovsky; <br> AKA Alfreeda R Gerald; AKA Alfreda <br> Rozetta Gerald-Zdanovsky; AKA Alfreda R <br> Gerald, <br><br> Debtor | * CASE NO.: 21-51994-pwb <br> * <br> * <br> * <br> * <br> * CHAPTER: 7 <br> * <br> * <br> * |

## CERTIFICATE OF SERVICE

I certify that I served the Debtor with a true and correct copy of the within and foregoing "Amendment to Chapter 7 Schedules G, Summary of Schedules and Statistical Summary" by placing the same in the United States Mail with adequate postage affixed to ensure delivery and addressed to:

Alfreda Rozetta Gerald
5510 Turnstone Drive
Conyers, GA   30094

Jason L Pettie, Chapter 7 Trustee
Taylor English Duma LLP
Suite 200
1600 Parkwood Circle SE
Atlanta, GA 30339

This further certifies that, pursuant to BLR Rule 9007-2 (d) NDGA, in the same manner as stated above, I served the following parties with the notice of filing, all notices and pleadings previously sent to all creditors whether such notices were served by the debtor, the Bankruptcy Clerk, or any other party in interest.

Cubesmart
17994 NW 27th Ave
Miami Gardens FL 33056-0000

DATED: 6/12/2023

/s/
Richard H. Thomson, GA Bar No. 710264
Attorneys for Debtor

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
(404)522-2222
Fax (770)220-0685

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Alfreda Rozetta Gerald** |
| | First Name    Middle Name    Last Name |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION |
| Case number (if known) | **21-51994-pwb** |

■ Check if this is an amended filing

Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **CubeSmart**<br>**17994 NW 27th Avenue**<br>**Miami Gardens, FL 33056** | **Costume, Charts, HHG's, Prop's** |
| 2.2 | **Extra Space Storage**<br>**3590 S State Road 7**<br>**Miramar, FL 33023** | **Storage Unit** |

Official Form 106G         Schedule G: Executory Contracts and Unexpired Leases         Page 1 of 1

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alfreda Rozetta Gerald** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION | | |
| Case number | 21-51994-pwb | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:  Summarize Your Assets

**Your assets**
Value of what you own

1. **Schedule A/B: Property** (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from Schedule A/B..................................................................  $ **0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B......................................................  $ **6,190.00**

   1c. Copy line 63, Total of all property on Schedule A/B................................................................  $ **6,190.00**

### Part 2:  Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...*  $ **8,340.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................  $ **73,000.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............  $ **13,186.00**

   **Your total liabilities**  $ **94,526.00**

### Part 3:  Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I*.................................................................  $ **2,400.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J*..........................................................................  $ **2,400.00**

### Part 4:  Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☒ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts**. You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum    Summary of Your Assets and Liabilities and Certain Statistical Information    page 1 of 2

| | |
|---|---|
| Debtor 1  **Alfreda Rozetta Gerald** | Case number *(if known)*  **21-51994-pwb** |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.   $ _____ 0.00

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---:|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 73,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 73,000.00 |

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 2 of 2

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>Alfreda Rozetta Gerald,<br>AKA Alfreda Rosetta Gerald Zdanovsky;<br>AKA Alfreeda R Gerald; AKA Alfreda<br>Rozetta Gerald-Zdanovsky; AKA Alfreda R<br>Gerald,<br><br>Debtor | * CASE NO.: 21-51994-pwb<br>*<br>*<br>*<br>*<br>*<br>* CHAPTER: 7<br>*<br>*<br>* |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY**

I, Alfreda Rozetta Gerald, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of my information and belief.

Dated: 6/5/2023

Signed: /s/_____
      Alfreda Rozetta Gerald

## SUPPLEMENTARY MATRIX

Cubesmart
17994 NW 27th Ave
Miami Gardens FL 33056-0000