**IT IS ORDERED as set forth below:**



Date: April 12, 2024

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. **21-51994-PWB** |
| | ) | |
| **ALFREDA ROZETTA GERALD**, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

### ORDER

This matter came before the Court on March 13, 2024 for hearing (the "**Hearing**") on the Debtor's motion to reconvert to Chapter 13 that was filed on January 4, 2024 [Doc. No. 122] (the "**Motion**").  The Chapter 7 trustee (the "**Trustee**") appeared at the Hearing and reported that the Debtor and the Trustee were preparing a settlement regarding Trustee's administration of Debtor's residence.  The Debtor did not appear at the Hearing.  For the reasons stated on the record at the Hearing, it is hereby

**ORDERED** that the Motion is Denied.

[END OF DOCUMENT]

{02767614-1 }

Prepare and presented by:

TAYLOR ENGLISH DUMA LLP
*Attorneys for Trustee*

By: */s/ Jason L. Pettie*
    Jason L. Pettie
    Georgia Bar No. 574783
1600 Parkwood Circle
Suite 200
Atlanta, Georgia 30339
Telephone: (678) 336-7226
Email: *jpettie@taylorenglish.com*

{02767614-1}

## DISTRIBUTION LIST

Jason L. Pettie, Esq.
Taylor English Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

Office of the United States Trustee
Room 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Alfreda Rozetta Gerald
17479 Spring Cress Drive
Dumfries, VA 22026