**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| | | |
|---|---|---|
| Case No.: | 21-51994 | |
| Case Name: | GERALD, ALFREDA ROZETTA | |
| For the Period Ending: | 09/30/2024 | |

| | | |
|---|---|---|
| Trustee Name: | Jason L. Pettie | |
| Date Filed (f) or Converted (c): | 01/19/2023 (c) | |
| §341(a) Meeting Date: | 09/09/2021 | |
| Claims Bar Date: | 02/07/2022 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | |
| 1  Make: Volkswagon Model: Beetle Year: 2001 Mileage: 210000 Other Information: Not Running | $3,800.00 | $0.00 | | $0.00 | FA |
| 2  2010 BMW X5 Mileage: 230000 Other Information: Not Driveable, needs a new engine. | $4,375.00 | $0.00 | | $0.00 | FA |
| 3  5 BR, bonus room, lr, dr, w/d kitchen | $3,000.00 | $0.00 | | $0.00 | FA |
| 4  3 tv, 1 dvd, 1 vcr, laptop, cellphone | $200.00 | $1,260.00 | | $0.00 | FA |
| 5  Clothes (Storage Unit Clothes included) | $500.00 | $500.00 | | $0.00 | FA |
| 6  Costume Jewelry | $50.00 | $0.00 | | $0.00 | FA |
| 7  Cash | $100.00 | $0.00 | | $0.00 | FA |
| 8  Removed per amended B filed 03-25-22: Checking BB&T | $0.00 | $0.00 | | $0.00 | FA |
| 9  Checking Bank of America | $3,001.00 | $0.00 | | $0.00 | FA |
| 10 Term Life Policy with AAA | $0.00 | $0.00 | | $0.00 | FA |
| 11 5510 TURNSTONE DRIVE, CONYERS, GA  (u) | $250,000.00 | $108,500.00 | | $0.00 | $340,000.00 |
| **Asset Notes:** payoff quote for 1/15/23 is $215,815.75; balance of $225,412 as of 11/1/23 | | | | | |
| 12 Health Insurance Policy with The Market Place  (u) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $265,026.00 | $110,260.00 | | $0.00 | $340,000.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 08/15/2024 | Trustee has reached an agreement with the Debtor to sell the estate's interest in real property to the Debtor.  Trustee is preparing to file a motion to approve settlement agreement. |
| 08/29/2023 | Trustee has been working with a realtor to sell real estate; however debtor has offered to buyout estate's interest in property by taking out a junior lien on the property.  Given the relatively small amount of unsecured claims, Trustee has offered debtor a reasonable amount of time to secure the loan and Trustee has discussed obtaining a loan from an investor who works with other trustees.  If a deal cannot be reached, Trustee will continue with the sale of the property. |
| 04/01/2023 | Trustee obtained default judgment in adversary proceeding  to sell jointly owned property pursuant to 363(h) |
| 09/30/2022 | Trustee was administering unexempt assets, including equity in debtor's residence, but case converted to Chapter 13 |

| | | | | |
|---|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 11/30/2022 | **Current Projected Date Of Final Report (TFR):** | 04/30/2025 | /s/ JASON L. PETTIE |
| | | | | JASON L. PETTIE |